# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

LUISA TODINI,

        Plaintiff,

v.

VICTORIA TIME CORPORATION,

        Defendant.

Case No. CIV-20-151-D

## CHARGING ORDER AND ISSUANCE OF GENERAL WRIT OF EXECUTION

Before the Court is Plaintiff's Application for Charging Order and Motion for Issuance of General Writ of Execution [Doc. No. 13], filed pursuant to Fed. R. Civ. P. 69(a)(1), Okla. Stat. tit. 18, § 2034, and Okla. Stat. tit. 12, §§ 736 and 751. Upon consideration of the facts and representations set forth in the Application and Motion and shown by the case file, the Court finds that the Application and Motion should be, and hereby are, **GRANTED**.

**IT IS THEREFORE ORDERED** that Loda Okla. LLC shall pay all sums entitled to be distributed to Victoria Time Corporation to Plaintiff in satisfaction of the Judgment entered September 15, 2020.

**IT IS FURTHER ORDERED** that the Clerk shall issue a General Writ of Execution directing the United States Marshal Service to levy execution on the property of Victoria Time Corporation, wherever it may be found, in satisfaction of the Judgment entered September 15, 2020.

**IT IS SO ORDERED** this 15th day of December, 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge